CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Samuel Amilcar Lambur Zuniga**<br>YOB: 1963; Citizen of Honduras | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**23-01958MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about July 11, 2023, at or near Amado, in the District of Arizona, **Samuel Amilcar Lambur Zuniga**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Luis, Arizona on September 10, 2022, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2: On or about July 10, 2023, at or near Sasabe, in District of Arizona, **Samuel Amilcar Lambur Zuniga**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Samuel Amilcar Lambur Zuniga** is a citizen of Honduras. On September 10, 2022, **Samuel Amilcar Lambur Zuniga** was lawfully denied admission, excluded, deported and removed from the United States through San Luis, Arizona. On July 11, 2023, agents found **Samuel Amilcar Lambur Zuniga** in the United States at or near Amado, Arizona without the proper immigration documents. **Samuel Amilcar Lambur Zuniga** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Samuel Amilcar Lambur Zuniga** admitted to illegally entering the United States of America from Mexico on or about July 10, 2023, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |
|---|---|
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>July 12, 2023 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
   Reviewing SAUSA: Solis Jr.